UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD JOHN BRENNAN, JR.,<br><br>Plaintiff,<br><br>v.<br><br>CHARLES MITCHELL, et al.,<br><br>Defendants. | CASE NO. 2:18-cv-00624-RAJ-BAT<br><br>**ORDER REGARDING PLAINTIFF'S LETTER FILED ON MAY 11, 2018** |

Plaintiff filed a letter asking if responses he receives from Snohomish County Corrections regarding "kites and grievances" should be filed with the court or sent to defendants' counsel. Dkt. 9.

(1) If plaintiff wants the Court to take a certain action, he must file a motion, not a letter. All argument in support of the motion must be set forth in the motion itself and not in a separate document. *See* Local Rule CR 7(b)(1). Each motion, together with a proposed order, **must** be served on the opposing party so that the opposing party has an opportunity to respond. In addition, **each motion must state in its caption, right below the motion's title, a noting date. The noting date is the date the Court will review your motion.**

- Note the following motions for **the day they are filed**: (1) stipulated or agreed motions; (2) motions to file over-length motions or briefs; (3) motions for reconsideration; (4) joint submissions pursuant to the

ORDER REGARDING PLAINTIFF'S LETTER FILED ON
MAY 11, 2018 - 1

optional procedure established in CR 37(a)(1)(B); (5) motions for default and default judgment; and (6) ex parte motions.

- Note all other non-dispositive motions for the **third Friday** after filing and service of the motion.

- Note all dispositive motions (dismissal and summary judgment) and motions for preliminary injunction for the **fourth Friday** after filing and service of the motion. *See* Local Rule CR 7(d) for complete rules on noting dates.

(2) It is unclear to the Court what the grievances and kites amount to. They should not be filed with the Court for no reason. If they are exhibits to a motion, they should be attached to the motion. If they are discovery – information about the case that defendants have requested – they should be provided to defense counsel, not filed with the court.

DATED this 15th day of May, 2018.

_____
BRIAN A. TSUCHIDA
Chief United States Magistrate Judge

ORDER REGARDING PLAINTIFF'S LETTER FILED ON MAY 11, 2018 - 2