UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| RONALD JOHN BRENNAN,<br><br>                Plaintiff,<br><br>    v.<br><br>CHARLES MITCHELL, et al.,<br><br>                Defendants. | Case No. C18-624-RAJ<br><br>**ORDER TERMINATING AND CLOSING CASE** |

The Court, having reviewed the record, and the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, does hereby **ORDER**:

(1) The Court adopts the Report and Recommendation;

(2) This matter is **TERMINATED** as duplicative of the complaint filed in 17-CV-1928-JCC and the Clerk shall **CLOSE** the case.

(3) The Clerk of Court is directed to send copies of this Order to plaintiff.

DATED this 12th day of June, 2018.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER TERMINATING AND CLOSING CASE - 1